AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

V.

MICHAEL V. DONAHOE

**FILED**
OCT 1 4 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-533

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 14, 2005__ in __Washington, D.C.__ county, in the District of __Columbia__ defendant(s), (Track Statutory Language of Offense)

by intimidation, did take from the person or presence of another money, to wit, $ 900.00 in U.S. currency, belonging to, and in the care, custody, control, management and possession of Eagle Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

in violation of Title __18__ United States Code, Section(s) __2113 (a)__.

I further state that I am __Frederick R. Schmied, Special Agent with the Federal Bureau of Investigation (FBI)__ and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_/s/ Barbara Kittay_
AUSA, Barbara Kittay (202) 514-6940
Sworn to before me and subscribed in my presence,

10/14/05
Date
**Deborah A. Robinson**
**United States Magistrate Judge**

Name & Title of Judicial Officer

_/s/ Frederick F. Schmied_
Signature of Complainant
Fred Schmied, Special Agent
Federal Bureau of Investigation (FBI)

at __Washington, D.C.__
City and State

_/s/_
Signature of Judicial Officer