<u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

MICHAEL V. DONAHOE

I, FREDERICK R. SCHMIED, Special Agent (SA) with the Federal Bureau of Investigation (FBI), Washington Field Office (WFO), Washington, D.C. (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, U.S. Code.

2. I have been a Special Agent with the FBI since 1994. I have been assigned to the Bank Robbery Squad since January of 2004, and have responded to approximately 70 bank robberies, per year, during that time. As part of my duties I have been assigned to investigate a robbery that occurred on October 14, 2005, at the Eagle Bank located at 1425 K Street, N.W., Washington, D.C. I have investigated robberies at this bank in the past, and I am aware that its deposits are insured by the Federal Deposit Insurance Corporation (FDIC).

3. The information contained in this affidavit was obtained by me and other law enforcement officers. This affidavit is in support of a complaint charging MICHAEL V. DONAHOE with bank robbery, in violation of Title 18, United States Code, Section 2113(a). The facts and information contained in this affidavit

-2-

are based on my personal knowledge, witness interviews, and my review of documents, and materials containing the observations of others involved in this investigation.  This affidavit contains information necessary to support probable cause, and is not intended to include each and every fact and matter observed by me or known to the government.

4.  On October 14, 2005, a lone white male walked into the Eagle Bank located at 1425 K Street, N.W., Washington, D.C. at approximately 1:15 p.m. and screamed at the victim teller, "Gimme your cash now.  Give me your 20s.  Give it to me now."  The teller gave him $900 from the teller drawer, including a dye pack, and he left the bank on foot.

5.  After the man robbed the bank, he was observed on the street, a short distance away, by a civilian witness, whose attention was drawn by an explosion of red smoke in the robber's hands, and all over his shirt.  The civilian witness began to follow the robber on foot, while calling "911" on a cellular telephone.  At the corner of 15th and L Streets, N.W., the robber attempted to get away in a taxicab, but the civilian witness prevented the cab from leaving the scene, at which time two FBI agents, who had observed the footchase by the civilian witness, arrived at the scene and apprehended the robber.

6.  The civilian witness told the agents that the robber had discarded an ink-stained sweatshirt during the footchase, which

-3-

the witness retrieved and provided to the agents.

7. The FBI agents returned to the scene of the bank with the suspect and arranged for a showup identification procedure with the victim teller. The teller positively identified MICHAEL V. DONAHOE as the man who had robbed her earlier in the afternoon. She said, "That's definitely him, but that's not the shirt he was wearing."

8. Based on the above listed facts and circumstances, your affiant respectfully submits that there is probable cause to believe that MICHAEL V. DONAHOE robbed the Eagle Bank at 1425 K Street N.W., Washington, D.C., on October 14, 2005, in violation of Title 18, United States Code, Section 2113(a), and request an arrest warrant for that offense.

8. Based on the above information, I believe probable cause exists to conclude that MICHAEL V. DONAHOE, by intimidation, did take from the person or presence of another money, namely approximately $900, belonging to, and in the care, custody, control, management and possession of Eagle Bank, the deposits of

-4-

which were then insured by the Federal Deposits Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

_____
Frederick R. Schmied
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 14th day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE