UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA :   Criminal No: 0 5 - 4 0 5
                                 :   Mag No: 05-533
                                 :
           v.                    :
                                 :
                                 :
MICHAEL V. DONAHOE,         :
                                 :
           Defendant.  :   Violation: 18 U.S.C. 2113(a)
                               :   (Bank Robbery)
                               :
                               :

SULLIVAN, J. EGS

### I N F O R M A T I O N

FILED

The United States Attorney charges:

NOV 1 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### COUNT ONE

On or about September 28, 2005, in the District of Columbia, defendant **MICHAEL V. DONAHOE**, by intimidation, did take from the person or presence of another money, that is, approximately $250, belonging to, and in the care, custody, control, management and possession of the SunTrust Bank, the deposits of which were then insured by the Federal Deposits Insurance Corporation ("FDIC").

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

### COUNT TWO

On or about October 7, 2005, in the District of Columbia, defendant **MICHAEL V. DONAHOE**, by intimidation, did take from the person or presence of another money, that is, approximately $4,000, belonging to, and in the care, custody, control, management and possession of the SunTrust Bank, the deposits of which were then insured by the FDIC.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

### COUNT THREE

On or about October 14, 2005, in the District of Columbia, defendant **MICHAEL V. DONAHOE**, by intimidation, did take from the person or presence of another money, that is, $900, belonging to, and in the care, custody, control, management and possession of Eagle Bank, the deposits of which were then insured by the FDIC.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia

By: _____

BARBARA E. KITTAY
D.C. Bar #414216
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-6940
Barbara.Kittay@usdoj.gov