```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :    Criminal No. 05-405 (EGS)
                             :
                             :
                             :
         v.                  :
                             :
                             :
                             :
MICHAEL V. DONAHOE           :
                             :
                             :
         Defendant.          :
                             :
_____:
```

STATEMENT OF FACTS IN SUPPORT OF GUILTY PLEA
----

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this proposed statement of facts, in support of a guilty plea:

1. On September 28, 2005, at approximately 3:52 p.m., the defendant, MICHAEL DONAHOE, went into the SunTrust Bank located at XXXX X XXXXXXXXXXX, in Washington, D.C., and handed a note to the victim teller (written on some kind of napkin), that said, "give me your money, no dye pack, No Bait Bills." The teller started to walk away, and the defendant, who had seen her name tag, yelled, "Miss Griffin, give me all your money. Your family will be hurt! Give me all your money!" The teller removed bills from the $5 tray, totaling $250, and gave them to the defendant. The defendant took the money and his demand note, and fled the bank. The deposits of

-2-

SunTrust Bank were then and are now insured by the Federal Deposit Insurance Corporation.

    2.  On October 7, 2005, at approximately 12:50 p.m., the defendant, MICHAEL DONAHOE, went into the United Bank, located at XXXX X  XXXXXXXXXXX, in Washington, D.C., and said to the victim teller, "Give me all your 20s.  No dye pack, you'll be in danger."  The teller handed the defendant two stacks of $20 bills, totaling $4,000, and the defendant fled the bank.  The deposits of Riggs Bank were then and are now insured by the Federal Deposit Insurance Corporation.

    3.  On October 14, 2005, at approximately 1:15 p.m., the defendant, MICHAEL DONAHOE, walked into the Eagle Bank located at XXXX X  XXXXXXXXXXX, Washington, D.C. at approximately 1:15 p.m. and screamed at the victim teller, "Gimme your cash now.  Give me your 20s.  Give it to me now."  The teller gave him $900 from the teller drawer, including a dye pack, and the defendant left the bank on foot.  The deposits of Eagle Bank were then and are now insured by the Federal Deposit Insurance Corporation.

    4.  After the defendant robbed the Eagle Bank, he was observed on the street, a short distance away, by a civilian witness, whose attention was drawn by an explosion of red smoke in the defendant's hands, and all over his shirt.  The civilian witness began to follow the robber on foot, while calling "911" on a cellular telephone.  At the corner of 15th and L Streets, N.W., the robber attempted to get

-3-

away in a taxicab, but the civilian witness prevented the cab from leaving the scene, at which time two FBI agents, who had observed the footchase by the civilian witness, arrived at the scene and apprehended the robber.

5. The civilian witness told the agents that the robber had discarded an ink-stained sweatshirt during the footchase, which the witness retrieved and provided to the agents.

6. The FBI agents returned to the scene of the bank with the defendant. At the bank, the defendant was positively identified by the victim teller as the bank robber.

7. The defendant was placed under arrest; his dye-stained hands and clothing were photographed; and he was read his rights. The defendant claimed to understand his Constitutional rights, and he declined to give a statement without first consulting with an attorney.

8. A photo array was prepared, with the defendant's arrest photo included. The array was shown to the victim teller at the SunTrust Bank, referred to in paragraph 1, above, and the defendant, MICHAEL DONAHOE, was positively identified as the bank robber. A review of the images in the surveillance photos taken on the day of the robbery also reflect clearly that the defendant, MICHAEL DONAHOE, is the bank robber.

9. The photo array was also shown to the victim teller at the United Bank, referred to in paragraph 2, above, and the defendant,

-4-

MICHAEL DONAHOE, was positively identified as the bank robber.  A review of the images in the surveillance photos taken on the day of the robbery also reflect clearly that the defendant, MICHAEL DONAHOE, is the bank robber.

                                    Respectfully Submitted,

                                    KENNETH L. WAINSTEIN
                                  UNITED STATES ATTORNEY
                                  D.C. Bar Number 451058

By: _____
       BARBARA E. KITTAY
       Assistant U.S. Attorney
       D.C. Bar Number 414216
       United States Attorney's Office
       555 Fourth Street, N.W., Rm. 4846
       Washington, D.C.  20530
       Tel. (202) 514-6940
       Barbara.Kittay@usodj.gov