**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
      Plaintiff,

  vs.                                          Criminal No. 05-405  (EGS)
MICHAEL DONAHOE
      Defendant.
_____/

**ORDER**

On **DECEMBER 1, 2005**, the defendant pled guilty to the Three Count Information.

Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **FEBRUARY 10, 2006**; defendant's memorandum of law, if any shall be filed by no later than **FEBRUARY 17, 2006**; the Government's memorandum of law, if any shall be filed by no later than **FEBRUARY 24, 2006,** a reply, if any, shall be filed by no later than **MARCH 3, 2006**; and it is further

ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **MARCH 9, 2006 AT 11:00 P.M.**

IT IS SO ORDERED.

DATE: December 1, 2005   EMMET G. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE