UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC - 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
    Plaintiff,

vs.                              Criminal No. 05-405 (EGS)

MICHAEL V. DONAHOE
    Defendant.

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

                                                */s/ Michael V. Donahoe*
                                                Defendant

                                                Counsel for Defendant

I Consent:

*/s/ Barbara Littell*
Asst. United States Attorney

Approved:
*/s/*
Judicial Officer

CO-526 (12/86)