UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



UNITED STATES
    Plaintiff,

DEC - 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Criminal No. 05-405 (EGS)

MICHAEL V. DONAHOE
    Defendant

## WAIVER OF INDICTMENT

I, MICHAEL V. DONAHOE the above named defendant, who is accused of  Bank Robbery in violation of 18 USC 2113 being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on December 1 2005 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Michael V. Donahoe_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment