UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA : | Criminal No: |
| v. : | |
| MICHAEL V. DONAHOE, : | |
| : | Violation: 18 U.S.C. 2113(a) |
| Defendant. : | (Bank Robbery) |

**AMENDED INFORMATION**

The United States Attorney charges:

**COUNT ONE**

On or about September 28, 2005, in the District of Columbia, defendant **MICHAEL V. DONAHOE,** by intimidation, did take from the person or presence of another money, that is, approximately $250, belonging to, and in the care, custody, control, management and possession of the SunTrust Bank, the deposits of which were then insured by the Federal Deposits Insurance Corporation ("FDIC").

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

**COUNT TWO**

On or about October 7, 2005, in the District of Columbia, defendant **MICHAEL V. DONAHOE**, by intimidation, did take from the person or presence of another money, that is, approximately $4,000, belonging to, and in the care, custody, control, management and possession of the United Bank, the deposits of which were then insured by the FDIC.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

**COUNT THREE**

On or about October 14, 2005, in the District of Columbia, defendant **MICHAEL V. DONAHOE**, by intimidation, did take from the person or presence of another money, that is, $900, belonging to, and in the care, custody, control, management and possession of Eagle Bank, the deposits of which were then insured by the FDIC.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

```
                              KENNETH L. WAINSTEIN
                              United States Attorney
                              for the District of Columbia


                        By:
                              BARBARA E. KITTAY
                              D.C. Bar #414216
                              Assistant U.S. Attorney
                              555 4th Street, N.W.
                              Washington, D.C. 20530
                              (202) 514-6940
                              Barbara.Kittay@usdoj.gov
```