05-405

AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

MICHAEL V. DONAHOE

**WARRANT FOR ARREST**

CASE NUMBER: 05-533

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Michael V. Donahoe__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BANK ROBBERY

in violation of Title 18 United States Code, Section(s) 2113 (a).

FILED
OCT 17 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Deborah A. Robinson
United States Magistrate Judge
Name of Issuing Officer

Deborah A. Robinson
United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

10/14/05   Washington, DC
Date and Location

Bail fixed at $ HOLD     by _____
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ ||
| DATE RECEIVED 10-14-05 | NAME AND TITLE OF ARRESTING OFFICER SEAN McLEOD SDUSM | SIGNATURE OF ARRESTING OFFICER Sean McLeod |
| DATE OF ARREST 10-17-05 | | |