# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Case No. 05-405 (EGS) |
| ) | |
| MICHAEL DONAHOE,    ) | |
| ) | |
| Defendant.    ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant Michael Donahoe, through his attorney, Assistant Federal Public Defender, Tony Axam, Jr., respectfully requests that this Court continue his sentencing date of March 16, 2006. The government does not oppose this request.

In support of this request, counsel for Mr. Donahoe submits that he is scheduled to be in trial on March 16, 2006 and will continue in trial until the end of March. Counsel also submits that Mr. Donahoe is undergoing a psychological evaluation that will likely not be complete by March 16, 2006. When complete, it would aid counsel and the Court at the time of sentencing.

WHEREFORE, Mr. Donahoe respectfully requests that this Court vacate the sentencing hearing currently scheduled for March 16, 2006 and reschedule sentencing after April 4, 2006.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Tony Axam, Jr.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202)  208-7500

## **CERTIFICATE OF SERVICE**

I, Tony Axam, Jr., Assistant Federal Public Defender, hereby certify that a copy of the attached Motion was served upon Barbara Kittay, Assistant United States Attorney, by electronic means this 8[h] day of March, 2006.

                                                /s/
                                            Tony Axam, Jr.