## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 05-405 (EGS)** |
| | ) | |
| **MICHAEL DONAHOE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**O R D E R**

Upon consideration of Mr. Donahoe's Unopposed Motion to Continue the Sentencing

Date, and the entire record in this matter, it is

**ORDERED** that Mr. Donahoe's motion is granted; and it is further

**ORDERED** that the sentencing date of March 16, 2006 is vacated; and it is further

**ORDERED** that sentencing is rescheduled for _____, 2006 at

_____a.m./p.m.

**SO ORDERED this _____day of _____, 2006.**


_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE


Copies to:
AFPD Tony Axam, Jr.
AUSA Barbara Kittay, Esq.
USPO Michael Penders