HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR-05-0405 |
| vs. | : | SSN: |
| Donahoe, Michael | : | Disclosure Date: **January 27, 2006** |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(✓) There are (very minor) ~~material/factual~~ typos ~~inaccuracies~~ in the PSI report as set forth in the attachment herein.

_____    2-7-06
Prosecuting Attorney                         Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____
Defendant      Date         Defense Counsel      Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **February 10, 2006**, to U.S. Probation Officer **Michael Penders**, telephone number (202) 565-1379, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
United States Probation Officer

**Receipt and Acknowledgment**                                      Page 2

p. 4 ¶ 10 – "form" should be "from"

p. 10 ¶ 68 – duplicate #5 footnote should be deleted (footnote appears properly as #69.

Nice job!

Signed by: _____
           **(Defendant/Defense Attorney/AUSA)**

Date: _____