HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  :  Docket No.: CR-05-0405
:
vs.  :  SSN:
:
Donahoe, Michael  :  Disclosure Date: January 27, 2006

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____   _____
**Prosecuting Attorney**                              **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

(X) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Michael V. Donahoe_  2/10/06            _[signature]_  2/10/06
**Defendant**            **Date**      **Defense Counsel**      **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **February 10, 2006**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Richard A. Houck, Jr., Chief
United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

**A.J. KRAMER**
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

February 15, 2006

Ms. Michael Penders
United States Probation Officer
U.S. District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

RE:    U.S. v. Michael Donahoe CR-05-405

Dear Mr. Penders:

    The attached Receipt and Acknowledgment indicates that there are no material factual inaccuracies in the presentence report. There are however, several minor matters to which I wish to respond on behalf of Mr. Donahoe:

    In paragraph 53, Mr. Donahoe indicates that the rift between his brothers and sisters arose at the death of his mother when he and his siblings were to divide the inheritance. Apparently, the will had reduced James' share of his inheritance because he had borrowed money from his mother while she had been living. The other siblings agreed to share some of their inheritance with Jim. However, after Mr. Donahoe gave his share, the other siblings reneged and did not share anything.

    In paragraph 56, Mr. Donahoe indicates that while he has lost his temper before, he has never threatened anyone with death.

    In paragraph 68, Mr. Donahoe would clarify that he stopped using cocaine in 1979 when he started using heroin, and did not use cocaine again until 2005. Also, he was in methadone treatment from 1992 until 2004.

    In paragraph 71, Mr. Donahoe would clarify that he could not use Dilaudids because he could not buy them on the street because he lacked a source.

    In paragraph 76, Mr. Donahoe would clarify that he stopped going to class, not because of his drug use, but because his hearing had deteriorated to such a degree that he could no longer hear the teacher.

    Lastly, Mr. Donahoe is not sure of the exact amount or details, however, he believes that he possesses approximately $2000 in a 401(k) account with his union.

Thank you for the opportunity to respond to the Presentence Report.

Sincerely,

Tony Axam, Jr.
Assistant Federal Defender

cc:   Barbara Kittay, Esq.
      Assistant U.S. Attorney